IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE

KIMBERLY HELEN WOOD-STAPLES
*AKA* KIMBERLY HELEN WOODS-STAPLES
*AKA* KIMBERLY HELEN WOODSTAPLES

CASE NO. 9:15-bk-05399-FMD
CHAPTER 7

Debtor(s)                                    /

## MOTION FOR APPROVAL OF PERMANENT MORTGAGE MODIFICATION

COMES NOW Secured Creditor, Shellpoint Mortgage Servicing, as servicer for MTGLQ Investors, L.P, by and through its undersigned counsel, and files it's Motion for Approval of Mortgage Modification and as grounds thereof would state:

1. Debtor's Chapter 13 bankruptcy petition for relief was filed on May 22, 2015. An order converting the case to a case under Chapter 7 was entered on June 28, 2017.

2. Secured Creditor holds a security interest in the Debtors' residence located at 25 Meadalist Way, Rotonda West, FL 33947, by virtue of mortgage which is recorded in Official Records Book 02502, at Page 2113-2127 of the Public Records of Charlotte County, Florida.

3. On May 26, 2017, the parties entered into a Modification Agreement, a copy of which is attached as Exhibit "A". The modification terms are:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-39 | 4% | 05/01/2017 | $863.60 | $458.01 May adjust periodically | $1,321.61 May adjust periodically | 06/01/2017 | 468 |

4. The Mortgage Modification allows the Secured Creditor to retain its first mortgage position on the property legally described as:

32875.1713

LOT 512, ROTONDA WEST WHITE MARSH, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 8, PAGE 17, OF THE PUBLIC RECORDS OF CHARLOTTE COUNTY, FLORIDA.

5. The escrow payment may adjust periodically in accordance with applicable law, which may make the payments subject to change.

**WHEREFORE**, Secured Creditor, Shellpoint Mortgage Servicing, as servicer for MTGLQ Investors, L.P. prays that this Court will enter this Motion to Allow Mortgage Modification.

/s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com

32875.1713

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2017, I electronically filed the Motion Approve Loan Modification with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically.

*Trustee*
**Robert E Tardif, Jr.**
Trustee
Post Office Box 2140
Fort Myers, FL 33902

*U.S. Trustee*
**United States Trustee - FTM, 11**
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

**Eric L Bolves**
Eric L Bolves, Esquire
2110 East Robinson Street
Orlando, FL 32803

**Robert E Tardif, Attorney for Trustee**
Robert E. Tardif, Jr., P.A.
Post Office Box 2140
Fort Myers, FL 33902

I HEREBY CERTIFY the foregoing document was served by first class, postage prepaid, U.S. Mail on to the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

**Kimberly Helen Wood-Staples**
25 Medalist Way
Rotonda West, FL 33947

/s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
GREENSPOON MARDER, P.A.
City Place, 525 Okeechobee Blvd. Suite 900
Tel: (954)491-11120
Fax: (954)343-6982
Email: shirley.palumbo@gmlaw.com

32875.1713